# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

THE UNITED STATES OF AMERICA   )     Case No. 03 CR 0710
                  )     Violations: 18 United States Code
     v.              )     Sections 2252A(a)(2) 2252(a)(5)(B)

WILLIAM DEGELMAN        )     Judge Shadur

FILED
SEP 03 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Motion for Bill of Particulars**

Defendant, William Degelman, through counsel, moves for an Order requiring the United States to furnish him within a time to be therein specified, a written bill of particulars as to the following matters alleged in the indictment herein and requiring the United States to furnish the following requested information in the said bill of particulars:

a. An exact digital copy of those images alleged in Count I. of the Indictment to have been unlawfully possessed by the Defendant, together with the full file name of each.

b. An exact digital copy of those images alleged in Count II. of the Indictment to have been unlawfully distributed by the Defendant.

The matters hereinabove requested are essential to enable the Defendant to prepare his defense and to avoid surprise at the time of trial and to enable the Defendant to plead double jeopardy as to any future prosecution. Moreover, the Defendant will be deprived of an opportunity to meaningfully challenge the Indictment for failure to state a crime unless the exact images charged are before the Court prior to trial.

10

Respectfully submitted,

Dated: 9/3/03

J. D. Obenberger
Attorney for Defendant

J. D. Obenberger
J. D. Obenberger and Associates
3700 Three First National Plaza
70 West Madison Street
Chicago, Illinois 60602

(312) 558-6420
(312) 558-7773 Fax
obiwan@xxxlaw.net email address

Certificate of Service

I, the undersigned attorney, J. D. Obenberger, certify that I served a copy of the foregoing document by leaving it with a clerk apparently in charge of the office of The United States Attorney for the Northern District of Illinois at 219 South Dearborn Street, Suite 500, Chicago, Illinois on September 3, 2003.

J. D. Obenberger
Attorney for Defendant

J. D. Obenberger
J. D. Obenberger and Associates
3700 Three First National Plaza
70 West Madison Street
Chicago, Illinois 60602

(312) 558-6420
(312) 558-7773 Fax
obiwan@xxxlaw.net email address

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | ) | Case No. 03 CR 0710 |
| | ) | Violations: 18 United States Code |
| v. | ) | Sections 2252A(a)(2) 2252(a)(5)(B) |
| | ) | |
| WILLIAM DEGELMAN | ) | Judge Shadur |

**Affidavit in Support of Motion for Bill of Particulars**

F I L E D

SEP/0 3 2003

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

J. D. Obenberger, being duly sworn, deposes and says:

1. I am the attorney for the Defendant herein.

2. I respectfully move this Court for an order directing the United States Attorney to serve and file a bill of particulars of the indictment in the above entitled criminal action, particularly setting forth the following:

    a. An exact digital copy of those images alleged in Count I. of the Indictment to have been unlawfully possessed by the Defendant, together with the full file name of each.

    b. An exact digital copy of those images alleged in Count II. of the Indictment to have been unlawfully distributed by the Defendant.

3. The Defendant is without sufficient knowledge of the facts concerning the alleged criminal acts to enable him to prepare his defense. The information sought to clarify the indictment is within the particular knowledge of the United States Attorney and cannot be obtained by means other than legal process.

Dated: _9/3/03_        J. D. Obenberger
                       Attorney for Defendant

State of Illinois       )
                        ) ss
County of Cook          )


      Subscribed and Sworn to before me this 3d day of September, 2003, by the Affiant, known personally to me.

l.s.                    Notary Public

"OFFICIAL SEAL"
ALICIA HUERTA-BUGLIO
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 6/2/2006

J. D. Obenberger
J. D. Obenberger and Associates
3700 Three First National Plaza
70 West Madison Street
Chicago, Illinois 60602

(312) 558-6420
(312) 558-7773 Fax
obiwan@xxxlaw.net email address

Certificate of Service

I, the undersigned attorney, J. D. Obenberger, certify that I served a copy of the foregoing document by leaving it with a clerk apparently in charge of the office of The United States Attorney for the Northern District of Illinois at 219 South Dearborn Street, Suite 500, Chicago, Illinois on September 3, 2003.

J. D. Obenberger
Attorney for Defendant

J. D. Obenberger
J. D. Obenberger and Associates
3700 Three First National Plaza
70 West Madison Street
Chicago, Illinois 60602

(312) 558-6420
(312) 558-7773 Fax
obiwan@xxxlaw.net email address