IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | ) | Case No. 03 CR 0710 |
| | ) | Violations: 18 United States Code |
| v. | ) | Sections 2252A(a)(2) 2252(a)(5)(B) |
| | ) | |
| WILLIAM DEGELMAN | ) | Judge Shadur |

**Motion for Production Under Rule 16**

FILED
SEP 0 3 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Defendant, William Degelman, through counsel, moves for an Order requiring the United States to furnish him within a time to be therein specified, additional documents and things not yet produced for inspection and copying by the United States Attorney, as follows:

1. Under Rule 16(d), the Defendant requests the production of the "Encase reports" referenced by Senior Special Agent Jarrod Winkle on page two, second paragraph, in his Report of 8/27/02. The full detail of the forensic analysis of computer discs alleged to have been possessed by the Defendant was originally attached to that Report, but have not been included for production by the United States Attorney to the Defense. On the basis of prior experience with such Encase records, counsel believes that they each will contain full file names, dates upon which the files were created and last accessed, an indication of "attributes", including whether the file was deleted, the full path indicating their location on the respective discs, and other information which is likely to be useful to the defense.

2. Under Rule 16 ( c ), the Defendant requests the production of the digital images, and all of them, charged or alleged in Counts I. and II. The United States Attorney has indicated that these will not be produced under a protective order, though he has offered to permit their inspection with an expert under arrangements to be made with that office. Such a scenario would improperly permit the Government to keep tabs on the

11

defense use of consulting experts and thereby unfairly and without good reason works harm and prejudice to the preparation of a defense. Counsel intends to show the images to the Defendant to learn whether he has seen these images previously, and it is unfairly prejudicial to the Defendant to permit the Government to observe his demeanor and to overhear his comments concerning the images or the advise that may be rendered by counsel in connection with particular images; Inasmuch as more than one thousand images are alleged, it is not reasonable to expect Counsel and the Defendant to retain a solid memory as to the contents of each image. The defense has offered to enter into a reasonable protective order as a condition of release under Rule 16(d)(1).

3. Under Rule 16 ( c ) The Defense requests the production of any and all records reflecting the name and address of the person to whom the images alleged in Count II were distributed as essential to the preparation of a defense as to that Count..

4. Under Rule 16(b) the Defendant is entitled to production of his own criminal record. The United States Attorney indicates that no such record is known. However, in paragraph 18 of his August 7, 2002 Affidavit in support of a search warrant, Special Agent Santiago relates that a March, 1998 supplementary report to a February, 1998 Offense/Incident Report discloses a conviction of the defendant, subsequently vacated, and subsequently dismissed, and finally the expungement of the record of arrest. The defense requests the production of all records in the possession of the government reporting pedophilic conduct, claims of which were included in the same affidavit and put before the Magistrate. If the matter was important enough to set before the Magistrate, we believe that it is important enough to be produced to the defense.

5. The United States Attorney has indicated that he will produce to the defense a copy of the Grand Jury testimony of the agent who testified upon its receipt; That testimony has not yet been produced, and accordingly its production is requested.

6. The Defense requests the production of all documents and things in the possession of the Government of an exculpatory nature, or of a nature to reduce punishment for the offenses alleged.

Wherefore, the Defendant prays for such an order together with such other relief to which he may be entitled.

Respectfully submitted,

Dated: 9/3/03

J. D. Obenberger
Attorney for Defendant

J. D. Obenberger
J. D. Obenberger and Associates
3700 Three First National Plaza
70 West Madison Street
Chicago, Illinois 60602

(312) 558-6420
(312) 558-7773 Fax
obiwan@xxxlaw.net email address

Certificate of Service

    I, the undersigned attorney, J. D. Obenberger, certify that I served a copy of the foregoing document by leaving it with a clerk apparently in charge of the office of The United States Attorney for the Northern District of Illinois at 219 South Dearborn Street, Suite 500, Chicago, Illinois on September 3, 2003.

                                          J. D. Obenberger
                                          Attorney for Defendant

J. D. Obenberger
J. D. Obenberger and Associates
3700 Three First National Plaza
70 West Madison Street
Chicago, Illinois 60602

(312) 558-6420
(312) 558-7773 Fax
obiwan@xxxlaw.net email address

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | ) | Case No. 03 CR 0710 |
| | ) | Violations: 18 United States Code |
| v. | ) | Sections 2252A(a)(2) 2252(a)(5)(B) |
| | ) | |
| WILLIAM DEGELMAN | ) | Judge Shadur |

**DOCKETED SEP 1 2 2003**

**FILED SEP 0 3 2003**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF MOTION and NOTICE OF FILING

Hon. Daniel E. May,
Assistant United States Attorney
Office of the United States Attorney for the Northern District of Illinois
219 South Dearborn Street, Suite 500
Chicago, Illinois 60604

PLEASE TAKE NOTICE that, on September 10, 2003, at 1:15 O'clock (p.m.) or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Shadur, or such other judge who may be sitting in his stead, in Judge Shadur's courtroom on the 23d floor of the Everett McKinley Dirkson United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and move in accordance with the attached Motion for Leave to File Late, Motion to Produce, and Motion for a Bill of Particulars.



## Notice of Filing

PLEASE TAKE NOTICE that, on September 3, 2003, the motions listed above and attached hereto were filed with the Court.

Dated: 9/3/03

_____
J. D. Obenberger
Attorney for Defendant

J. D. Obenberger
J. D. Obenberger and Associates
3700 Three First National Plaza
70 West Madison Street
Chicago, Illinois 60602

(312) 558-6420
(312) 558-7773 Fax
obiwan@xxxlaw.net email address