Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 03 CR 710 | DATE | 2/18/2004 |
| CASE TITLE | USA vs. William Degelman | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Government's motion for entry of preliminary order of forfeiture.

**DOCKET ENTRY:**

(1) ■ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Motion granted. Enter Preliminary Order of Forfeiture.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | number of notices | Document Number |
|---|---|---|---|---|
| | No notices required. | | | |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | FEB 2 0 2004 date docketed | |
| ✓ | Docketing to mail notices. | | | 26 |
| | Mail AO 450 form. | U.S. DISTRICT COURT CLERK | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| SN | courtroom deputy's initials | 04 FEB 19 PM 2:55 Date/time received in central Clerk's Office | date mailed notice mailing deputy initials | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | No. 03 CR 710 | **DOCKETED** |
| v. | ) | | |
| | ) | Judge Milton I. Shadur | FEB 2 0 2004 |
| WILLIAM DEGELMAN | ) | | |

### PRELIMINARY ORDER OF FORFEITURE

This cause comes before the Court on motion of the United States for entry of a preliminary order of forfeiture as to specific property pursuant to the provisions of 18 U.S.C. § 2253 and Fed R. Crim P. 32.2, and the Court being fully informed hereby

FINDS as follows:

(a) On July 22, 2003, a two-count indictment was returned charging defendant WILLIAM DEGELMAN with possessing material which contained images of child pornography (Count One) in violation of 18 U.S.C. § 2252A(a)(5)(B), and with distributing two images of child pornography by computer (Count Two) in violation of 18 U.S.C. § 2252A(a)(2);

(b) The indictment sought forfeiture to the United States of specific property pursuant to the provisions of 18 U.S.C. § 2253;

(c) On On January 29, 2004, pursuant to Fed. R. Crim. P. 11, defendant WILLIAM DEGELMAN entered a voluntary plea of guilty to Count One of the indictment in this case, thereby making certain property subject to forfeiture pursuant to 18 U.S.C. § 2253;

(d) Pursuant to the terms of his plea agreement, as a result of his violations of 18 U.S.C. § 2252(A)(a), defendant WILLIAM DEGELMAN agreed that the following property is subject to forfeiture



because the property was used or intended to be used to commit and to promote the commission of the charged offenses pursuant to the provisions of 18 U.S.C. § 2253:

      1. seized personal computers including hard and zip drives;
      2. seized peripheral connecting cables and equipment;
      3. seized computer disks, including compact disks, floppy disks, and zip disks; and
      4. seized images.

(e) Defendant WILLIAM DEGELMAN further agreed to the entry of a preliminary order of forfeiture relinquishing any right of ownership he has in the above property so that the property may disposed of according to law;

(f) The United States requests that the terms and conditions of this preliminary order of forfeiture entered by the Court be made part of the sentence imposed against defendant WILLIAM DEGELMAN and included in any judgment and commitment order entered in this case against him.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED:

1. That, pursuant to the provisions of 18 U.S.C. § 2253, and to the terms of his plea agreement and Fed. R. Crim. P. 32.2, all right, title and interest of the defendant WILLIAM DEGELMAN in the following property is hereby forfeited to the United States of America for disposition according to law:

      (a) seized personal computers including hard and zip drives;
      (b) seized peripheral connecting cables and equipment;
      (c) seized computer disks, including compact disks, floppy disks, and zip disks; and
      (d) seized images.

2. That, pursuant to the provisions of 18 U.S.C. § 2253(f), following entry of this order, the United States Department of Treasury shall seize and take custody of the foregoing property for disposition according to law;

3. Further, pursuant to the provisions of 18 U.S.C. § 2253(m)(1), upon entry of this preliminary order of forfeiture, the United States shall publish notice of this order and of its intent to dispose of the property according to law. The government may also, to the extent practicable, pursuant to statute, provide written notice to any person known to have alleged an interest in the property that is the subject of the preliminary order;

4. That, pursuant to 18 U.S.C. § 2253(m)(2), any person, other than the defendant, asserting a legal interest in property which has been ordered forfeited to the United States may, within thirty days of the final publication of notice or his receipt of notice under paragraph (3), whichever is earlier, petition the court for a hearing to adjudicate the validity of his alleged interest in the property. The hearing shall be held before the court alone, without a jury;

5. That, following the court's disposition of all third party interests, the court shall, if appropriate, enter a final order of forfeiture as to the property which is the subject of this preliminary order of forfeiture, which shall vest clear title in the United States of America;

6. That, the terms and conditions of this preliminary order of forfeiture are part of the sentence imposed against defendant WILLIAM DEGELMAN and shall be made part of any judgment and commitment order entered in this case against him;

7. This court shall retain jurisdiction over this matter to take any additional action and enter further orders as necessary to implement and enforce this forfeiture order.

_____
MILTON I. SHADUR
United States District Judge

DATED: Feb 18, 2004

3