UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
JAN 0 3 2005

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v. )<br>)<br>WILLIAM DEGELMAN ) | MILTON I. SHADUR<br>No. 03 CR 710 SENIOR U.S. DISTRICT JUDGE<br><br>Judge Milton I. Shadur<br><br>**FILED** |

**NOTICE OF MOTION**

JAN 0 3 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO: Joseph Obenberger, Esq.
70 West Madison, Suite 3700
Chicago, Illinois 60602

PLEASE TAKE NOTICE that on MONDAY JANUARY 10, 2005 at 9:15 a.m. at the opening or as soon thereafter as counsel may be heard, I will appear before Honorable Shadur in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place instead, and then and there present a MOTION OF THE UNITED STATES FOR ENTRY OF A FINAL ORDER OF FORFEITURE and FINAL ORDER OF FORFEITURE, in the above-captioned case, at which time you may appear if you see fit.

Respectfully Submitted,
PATRICK J. FITZGERALD
United States Attorney

DOCKETED
JAN 1 1 2005

By: _____
DANIEL E. MAY
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312)8694

STATE OF ILLINOIS )
) SS
COUNTY OF COOK )

**Barbara Robertson**, being first duly sworn, on oath deposes and says that she is employed in the office of the United States Attorney for the Northern District of Illinois; that on the 3rd day of January 2005, she caused a copy of the foregoing to be mailed, first class, to the above named individual.

_____
SUBSCRIBED and SWORN to before me
this 3rd day of January, 2005.

"OFFICIAL SEAL"
Dorothy Flores
Notary Public, State of Illinois
My Commission Exp. 12/26/2005

_____
NOTARY PUBLIC

**RECEIVED**
JAN 0 3 2005
MILTON I. SHADUR
SENIOR U.S. DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
) No. 03 CR 710
v. )
) Hon. Milton I. Shadur
WILLIAM DEGELMAN )

**FILED**
JAN 0 3 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DOCKETED
JAN 11 2005

### MOTION OF THE UNITED STATES FOR ENTRY OF FINAL ORDER OF FORFEITURE

The UNITED STATES OF AMERICA, through PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, moves for entry of a final order of forfeiture as to specific property pursuant to the provisions of Title 18, United States Code, Section 2253 and Fed. R. Crim. P. 32.2, and in support thereof submits the following:

1. On July 22, 2003, an indictment was returned charging defendant WILLIAM DEGELMAN with possessing material which contained images of child pornography in violation of 18 U.S.C. § 2252A(a)(5)(B), among other violations.

2. The indictment sought forfeiture to the United States of specific property pursuant to the provisions of 18 U.S.C. § 2253.

3. On January 29, 2004, pursuant to Fed R. Crim. P. 11, defendant WILLIAM DEGELMAN entered a voluntary plea of guilty to Count One the indictment, charging him with violations of 18 U.S.C. § 2252A(a)(5)(B), thereby making the property named in the indictment subject to forfeiture pursuant to 18 U.S.C. § 2253.

4. Pursuant to the terms of his plea agreement, as a result of his violation of 18 U.S.C. § 2252A(a)(5)(B), defendant WILLIAM DEGELMAN agreed that the following property is subject to forfeiture pursuant to the provisions of 18 U.S.C. § 2253, as property that was used or intended

3)

to be used to commit and to promote the commission of the defendant's violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (a)(5)(B):

    (a)    Seized personal computers including hard and zip drives;

    (b)    Seized peripheral connecting cables and equipment;

    (c)    Seized computer disks, including compact disks, floppy disks, and zip disks; and

    (d)    Seized images.

5. On February 18, 2004, this Court entered a preliminary order of forfeiture in which all right, title and interest of defendant WILLIAM DEGELMAN in the foregoing property was forfeit to the United States of America for disposition according to law, pursuant to the provisions of 18 U.S.C. § 2253. Further, the United States Department of Homeland Security was directed to seize and take custody of the foregoing property. Additionally, the United States Department of Homeland Security was ordered to publish notice of the United States' intention to forfeit the property and to dispose of it according to law.

6. Pursuant to the provisions of 18 U.S.C. § 2253(m)(1), beginning on May 12, 2004, and continuing for three consecutive weeks ending on May 26, 2004, the <u>Chicago Sun-Times</u> published notice of the forfeiture and of the United States' intention to dispose of the foregoing property. A copy of the certificate of publication is attached as Exhibit A.

7. Joseph Obenberger, attorney for defendant WILLIAM DEGELMAN, was served with a copy of the notice of publication and the preliminary order of forfeiture. Pursuant to the provisions of 18 U.S.C. § 2253(m)(2), no other parties are known to have an interest in the property, and accordingly, no other parties were served with a copy of the notice of publication and the preliminary order of forfeiture.

8. To date, no petitions have been filed requesting a hearing to adjudicate any interest in the foregoing property, and the time in which to file a request for a hearing has expired.

WHEREFORE, pursuant to the provisions of 18 U.S.C. § 2253 and Fed. R. Crim. P. 32.2, the United States requests that the Court enter a final order of forfeiture as to the foregoing property in accordance with the draft final order of forfeiture which is submitted herewith.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: *Daniel E. May*
DANIEL E. MAY
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5300

3



GOVERNMENT EXHIBIT A

**Department of the Treasury**
*Federal Law Enforcement Agencies*
**PROCESS RECEIPT AND RETURN**

| PLAINTIFF UNITED STATES OF AMERICA | COURT CASE NUMBER 03 CR 710 |
|---|---|
| DEFENDANT WILLIAM DEGELMAN | TYPE OF PROCESS NOTICE, PRELIMINARY ORDER OF FORFEITURE |

**SERVE AT**
Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize
U.S. CUSTOMS AND BORDER PROTECTION

Address (Street or RFD / Apt. # / City, State, and Zip Code)
610 S. CANAL, SUITE 1001, CHICAGO 60602

Send NOTICE OF SERVICE copy to Requester:
PATRICK J. FITZGERALD, UNITED STATES ATTORNEY
OFFICE OF THE UNITED STATES ATTORNEY
219 SOUTH DEARBORN STREET, 5TH FLOOR,
CHICAGO, ILLINOIS 60604
ATTN: DANIEL E. MAY, AUSA

| Number Of Process To Be Served In This Case. | |
| Number Of Parties To Be Served In This Case. | |
| Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

**PLEASE PUBLISH IN A NEWSPAPER OF GENERAL CIRCULATION FOR THREE CONSECUTIVE WEEKS.**

RECEIVED BY USAO
JUN 10 2004

Signature of Attorney or other Originator requesting service on behalf of
DANIEL E. MAY, AUSA    [X] Plaintiff  [ ] Defendant    Telephone No. (312) 353-5300    Date 04/28/04

ASSET FORFEITURE

SIGNATURE OF PERSON ACCEPTING PROCESS:    Date

**SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY**

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [X] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE of Individual Served If not shown above:    [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above.)    Date of Service 5-6-04    Time of Service [ ] AM [ ] PM

Signature, Title and Treasury Agency: Paralegal Specialist

REMARKS: Original Certificate of Publication attached

TD F 90-22.48 (6/96)

*Make (5) copies after form is signed. SEND ORIGINAL + 4 COPIES to TREASURY AGENCY. Retain Copy #5 for your file.*

# CHICAGO SUN-TIMES

RECEIVED FP &F
2004 MAY 28 PM 12:22
U.S. CUSTOMS
CHICAGO, IL

I, __Michael H. Dismuke__, the authorized agent of the Sun-Times Company do hereby certify that an advertisement, of which the annexed printed slip is a true copy, was published on:

__May 12, 19 & 26, 2004__

to-wit __3__ time(s) in all editions of the SUN-TIMES, a newspaper published in the City of Chicago, County of Cook, and the State of Illinois, and of general circulation throughout said county and state. In Witness Whereof, and by virtue of authority duly vested in me by The Sun-Times Company, I have hereto set my hand this __26__ Day of __May__ A.D. __2004__.

_Michael H. Dismuke_

Authorized Agent of the Sun-Times Company

Subscribed and sworn to before me

This __26__ Day of __May__ A.D. __2004__

_Richard E. Nardini_

Notary Public

```
••••••••••••••••••••••••••
•   "OFFICIAL SEAL"       •
•   RICHARD E. NARDINI    •
•  Notary Public, State of Illinois •
•  My Commission Expires 7/19/04   •
••••••••••••••••••••••••••
```

**NOTICE OF FORFEITURE**

On February 18, 2004, the United States District Court for the Northern District of Illinois, in the case entitled United States v. William Degelman, No. 03 CR 710, ordered forfeiture to the United States of the following property pursuant to 18 U.S.C. Section 2232(m)(A):

(1) seized personal computers, including file and hard drives;
(2) seized peripheral connecting cables and equipment;
(3) seized computer disks, including compact disks, floppy disks, and zip disks; and seized images.

The United States Department of Treasury intends to dispose of the property in accordance with 18 U.S.C. Section 2232(m)(A). Any persons or entities alleging an interest in such properties must file a petition with the Court and the United States Attorney's Office, 219 South Dearborn Street, Chicago, Illinois 60604, within thirty (30) days of either the publication of this notice or receipt thereof by mail, whichever is earlier. The petition must be signed by the petitioner under penalty of perjury and must set forth: (1) the nature and extent of the petitioner's right, title, or interest in such property; (2) the time and circumstances of the petitioner's acquisition of the right, title, or interest in the property; (3) any additional facts supporting the petitioner's claim; AND (4) the relief sought.

A hearing on the petition may be held by the Court, notice of which shall be given to all petitioners.

ELISSA A. BROWN
Special Agent in Charge
Northern District of Illinois
610 South Canal Street
Suite 1000
Chicago, Illinois 60607

---

CHICAGO SUN-TIMES, INC.
401 NORTH WABASH AVENUE, CHICAGO, ILLINOIS 60611 (312) 321-3000